1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant JAIME PADILLA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | No. CR09 00372 JAM |
| Plaintiff, | **(AMENDED) SUBSTITUTION OF ATTORNEY** |
| v. | |
| JAIME PADILLA, | |
| Defendant. | |

Defendant in the above-entitled action, Jaime Padilla, hereby substitutes attorney Robert Waggener, 214 Duboce Avenue, San Francisco, California 94103, as his attorney of record in the place and stead of Julius Engel, Engel Law Group, 5855 Auburn Boulevard, Suite 2, Sacramento, California 95841.

Dated: _____, 2010

JULIUS ENGEL

The foregoing substitution is agreed to and accepted.

Dated: February 2, 2010

ROBERT WAGGENER

\\\\

**SUBSTITUTION OF ATTORNEY**   1   C:\Documents and Settings\HVine\Desktop\09cr372.o.2210.wpd

1 | Dated: _____          _____
                                    JAIME PADILLA
2
3
4 | **IT IS SO ORDERED:**
5
6 | Dated: 2/2/2010                  /s/ John A. Mendez
                                    JOHN A. MENDEZ, Judge
7                                   UNITED STATES DISTRICT COURT