1  **JOHN R. DUREE, JR.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4

5  Attorney for Defendant
   JAIME BAEZ
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 **UNITED STATES OF AMERICA**,    )   CASE NO. 2:09-cr-372 JAM
                                    )
11            Plaintiff             )
                                    )   **STIPULATION AND**
12      vs.                         )   **ORDER CONTINUING**
                                    )   **STATUS CONFERENCE**
13                                  )
   **JAIME BAEZ**,                  )
14                                  )
              Defendant.            )
15 _____  )

16

17      The United States, through its undersigned counsel, and the defendants, through their

18 undersigned counsel, hereby agree and stipulate that the status conference, which is currently

19 scheduled for March 16, 2010, at 1:30 p.m. should be vacated and continued to May 4, 2010, at

20 9:30 a.m.

21      All counsel agree that time should be excluded under the Speedy Trial Act from the date

22 this stipulation is lodged through May 4, 2010.

23      The parties stipulate to this continuance because additional discovery has been provided

24 both to and from the government since the last court appearance, and all counsel need the

25 additional time to review and analyze the newly acquired discovery and to otherwise prepare this

26 case.  See Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

27 / / /

28 / / /

-1-

1 | Dated: March 15, 2010

    /s/ Daniel McConkie
    DANIEL McCONKIE
    Assistant U.S. Attorney

3 | Dated: March 15, 2010

    /s/ John R. Duree, Jr.
    JOHN R. DUREE, JR.
    Attorney for Jaime Baez

5 | Dated: March 15, 2010

    /s/ Shari Rusk
    SHARI RUSK
    Attorney for Juan Jose Plascencia

7 | Dated: March 15, 2010

    /s/ Scott Cameron
    SCOTT CAMERON
    Attorney for Edgardo German

9 | Dated: March 15, 2010

    /s/ Robert Waggener
    ROBERT WAGGGENER
    Attorney for Jaime Padilla

-2-

1 **ORDER**

2  IT IS HEREBY ORDERED that status conference currently scheduled for March 16,
3 2010 at 1:30 p.m. be VACATED, and the matter continued until May 4, 2010, at 9:30 a.m.
4 Time is excluded under the Speedy Trial Act from March 16, 2010 through May 4, 2010
5 pursuant to Local Code T4.

6 Dated: March 15, 2010     /s/ John A. Mendez
7                            JOHN A. MENDEZ
                              United States District Court Judge