BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-00372 KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JAIME PADILLA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from May 26, 2011 to September 29, 2011 at 10:00 AM. They stipulate that the time between May 26, 2011 and September 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this
///
///

1

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: May 24, 2011        By:    /s/ Daniel S. McConkie
                                 DANIEL S. MCCONKIE
                                 Assistant U.S. Attorney


DATE: May 24, 2011               /s/ Robert F. Waggener
                                 ROBERT F. WAGGENER
                                 Attorney for Defendant
```

**SO ORDERED.**

DATE:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE